IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ATLANTA GEORGIA

1:22-CV-2828

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 18 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

LOVELACE, MICHAEL P. JR.,
EX-PARTE PLAINTIFFS

VS.

(+) VICTOR HILL:
(+) GOVERMENT BODY JAIL OFFICERS:
(+) CORRECTHEALTH CARE MEDICAL SERVICES:
    DEFENDANTS,

(+) 42 USC 1983 FEDERAL CIVIL RIGHTS LAWSUIT

(+) JURISDICTION: FEDERAL QUESTION

(+) RELIEF: HOSPITAL RECOVERY WITH SETTLEMENT OUT OF COURT PERSONAL INJURY. MONETARY RELIEF.
(+) FEDERAL CONSTITUTION VIOLATION WHILE ACTING UNDER COLOR OF LAW.

---

- FEDERAL RULES CIVIL PROCEDURE -
42 USC 1983 CIVIL RIGHTS LAWSUIT
PERSONAL INJURY RELIEF CLAIM.

01. COMES NOW, EX-PARTE PLAINTIFFS MICHAEL P.
02. LOVELACE JR., LE No.# 0510250 A PRETRIAL
03. DETAINEE AT CLAYTON CO. JAIL - JONESBORO, GA
04. 30236 DATE: JULY 06TH, 2022 AS PRO-SE AND
05. WITHOUT A ACTUAL AVAILABILITY OF A TIME
06. SLOT FOR THE AVAILABLE LAWLIBRARY AT "CCJ"
07. AND NO AVAILABLE 42 USC 1983 FORMS YET. COMES

## U.S. DISTRICT COURT
### (2)

01. TO PRESENT A 42 USC 1983 PERSONAL INJURY
02. CLAIM AGAINST DEFENDANTS: VICTOR HILL 1)
03. GOVERMENT BODY JAIL OFFICERS 2) CORRECTHEALTH
04. CARE MEDICAL SERVICES 3) FOR FEDERALY DENYING
05. FEDERAL LIFE RIGHTS OF STATE PROSECUTION AND
06. MEDICAL ATTENTION -OVER- BEING A VICTIM OF A
07. MULTIPLE RAPE, MULTIPLE BEATINGS AND A POSSIBLE
08. IN-ROUTE OF MURDER DEATH FROM CELLMATE (ON)
09. FRIDAY MAY 13TH, AND TO SATURDAY MAY 14TH, 2022
10. FOR A 22hr DURATION OF VICTIMIZED. THE
11. IMATE (sic) had GIVEN ME A NAME TO CALL him/ZOE
12. AND TO H-D1/P-D2/C-14. ALOT OF SHUFFEL AND
13. COVER-UP FROM DEFENDANTS, WITH DENIAL OF POLICY
14. PROCEDURES OF PROPER HANDELING AND HAS
15. DEPRIVED LOVELACE FOR PROSECUTION AND MEDICAL
16. ATTENTION FOR INJURIES SUSTAINED. CURRENTLY, AT
17. WENSDAY JUNE 29TH, 2022 (A) SGT: J. ROBINSON OF
18. INTERNAL AFFAIRS CLAYTON COUNTY HAS BEGAN A
19. INVESTAGATION WITH THE COMANDER STAFF IN
20. KNOWIEDGE AND TO THE SAID GIVEN SITUATION.
21. LOVELACE IS DEPRIVED OF FEDERAL CONSTITUTION
    14 USC DUE PROCESS AND EQUAL PROTECTION, AND 8TH USC
    CRUEL AND UNUSAL (sic) PUNISHMENT PROTECTION.

# U.S. DISTRICT COURT
(3)

## PART I: INTRODUCTION

01. IN H-01/P-02/C-14, LOVELACE IS ESTABLISH TO THIS HOUSEING UNIT CELL TO HIMSELF AND STANDING BY ON WENSDAY MAY 11TH 2022 ADMINISTRATEIVELY FOR A SECOND CELL MATE. (STOP)

02. ON FRIDAY MAY 13TH, 2022 aprox. est 2pm, "CCJ" ORIENTATION ADMIN, PLACE A IN-COMEING NEW INMATE JAIL PROCESS ARRIVAL INTO H-01/P-02/C-14 WITH MICHAEL P. LOVELACE AS A SECOND CELL MATE MAKEING THIS A TWO MAN CELL LIVEING QUARTERS.

03. NAME GIVEN TO LOVELACE IS ZOE BY ZOE IS ALL LOVELACE CAME TO Knowledge of. ——

04. SAME DAY, aprox. est a few hours AS NEW CELL MATES TOGETHER, ZOE ASKS LOVELACE A QUESTION: DO YOU HAVE ANY GERMS (or) DISEASES LOVELACE REPLYS, "YES", I AM BATTELING THE SKAYBEE'S I PICK-UP FROM LINEN Exchange.

05. WITH-IN 1hr from ZOE'S QUESTION, ZOE STATES TO LOVELACE: IF YOU WOULD NOT HAVE HAD SKAYBEE'S GERM, (I) WOULD HAD MADE YOU MY BITCH. NOSE TO NOSE.

U.S. DISTRICT COURT

(4)

06. AT NOW, ZOE HAD GRABED-UP BOTH OF MY FEET AND PLACE MY FEET TO HIS GROIN CROTCH AREA AND RUBED IN TO HIS GROIN AND WAS TURNING HIMSELF ON WITH FACIAL EXPRESSIONS AND SEXUAL GETTING OFF LEANGWOE (sic) SOUNDS. ZOE MADE SEVERAL ATTEMPTS OF THIS NATURE AT ME, by MY FEET INTO HIS GROIN, STANDING UP AND SITTING ON MY BOTTOM BUNK. FOR A GOOD 1 hr. AT THIS EXAMPLE.

07. BECAUSE OF ZOE'S ASK QUESTION OF GERMS (or) DISEASE, (I) STILL HAVE MY VIGIN NON-SEXUAL butthole, AS MY JUMP SUIT NEVER CAME OFF ME, AND I WAS/AM A VICTIM OF A 22hr BLOW-JOB RAPE IN COMITTED MULTIPLE TIMES. (I) MPL [DO NOT] HAVE ANY TEETH. (STOP)

08. MPL. JR. WITH ZOE AGAINST HIS WILL, WAS PLACE MANY TIMES TO BEASTYALITY RESTRANT BLOW-JOB RAPE POSITIONS WITH CONSTENT AGRAVATIVE ASSAULT BEATINGS INTILL I WAS COMPLETELY BEATED LIFE-LESS, but WAS STILL IN MULTIPLE BJ RAPE CONTROLL WITH CONTINUS (sic) BEATING.

<u>U.S. DISTRICT COURT</u>

(5)

09. ZOE MADE ME SOUND-OFF "RAYGAY" SOUNDOFF AND REPEATEDLY MADE ME SAY THE "<u>N</u>" WORD THROUGH THE AIR-VENT TO ROOM/CELL 13 ((I) mpl STAND TO BE corrected) AS ZOE AND (I) ARE/IS IN H-02/P-02/C-14 -(YES). AND OUT THE ROOM/CELL DOOR AND BEATED TO DEATH AND BACK — MULTIPLE BEATINGS. (STOP)

10. (TO DATE: July 06, 2022) LOVELACE IS STILL QUESTIONING OF HIMSELF AS TO "WHY" he DID NOT GO FREEDOM AT SATURDAY BREAKFAST SERVEING AND HALTED THE RAPE AND BEATING FROM ZOE. mpl. but DIDN'T. AND MPL REMAINED IN CELL WITH ZOE. (STOP)

11. ZOE TAKES LOVELACE BREAKFAST AND USE'S ~~IT~~ mpl- THE PANCAKE SYRP PROVIDED AND LUBRICATES HIS GROIN CROTCH WITH THE PANCAKE SYRP AND MAKES ME SUCK HIS GENITALS - TESTICLES IN BEASTYALITY RESTRAINT POSITION WHILE BEING BEATED. (STOP) MADE PLACE MY ARMS/HANDS UNDER HIS LEGS AND HAVE CONTROL OF MY SKULL, SUCKING HIM.

U.S. DISTRICT COURT

(6)

12. FROM SATURDAY MAY 14, 2022 "BREAKFAST" TO THIS DAY FEEDING LUNCH TIME, LOVELACE WENT THROUGH MORE BEATINGS AND SAME AMOUNT OF B-J RAPES. LOVELACE PLAN FREEDOM AT DAY'S LUNCH TIME. (A) DO (or) DIE, AND IT WORK, LOVELACE IS ABLE TO FREE HIMSELF FROM ZOE - C-14 [AT] FEEDING DOOR OPEN FOR LUNCH/DINNER. (STOP)

13. LOVELACE HAD TO MAKE A LIFE ARGUEMENT TO OFFICER AS OFFICER WAS TRYING TO PUT LOVELACE BACK IN Room/CELL 14 WITH ZOE WITH THE LUNCH CELL/DOOR STILL OPEN. OFFICER SHUTS THE DOOR BETWEEN LOVELACE AND ZOE, AND ALLOWS LOVELACE FREEDOM AWAY FROM ZOE. (STOP)

14. BUT OFFICER OF "CCJ", (NEVER SEEN - NEW FACE) DID NOT CALL-IN THE CRIME COMPLAINT THAT LOVELACE LEGAL CORRECT OFFICER TO, AND KEPT FEEDING.

15. EVEN THE MORNING BEFORE LUNCH MEDICATIONS DID NOT STOP, TO STOP ZOE but MOVED-ON. (Then Lunch)

# U.S. DISTRICT COURT
## (7)

16. WITH NO FURTHER LEGAL LIFE HELP FROM THE FEEDING OFFICER, AS HE CONTINUED OUT IN FEEDING ARE POP, (1) MPL. JR. IMMEDIATELY WENT TO KIOSK MACHINE TO MEDICAL SERVICES TO "REPORT" THE COMITTED RAPEING AND NEED OF MEDICAL ATTENTION HELP. FROM THE MULTIPLE BEATINGS CAUSEING DAMAGE-INJURY.

←─────────── MPL ───────────→

17. BC/ MEDICAL REQUEST RESPONDS/ READS UPON ITS SUBMISSIONS AND FOR QUICK LEGAL RESPONSE. (STOP/)

18. (1) MPL. JR. IMMEDIATELY THEN WENT OVER TO THE PHONE SYSTEM AND IS-ON, AND CALLED MY FAMILY MEMBER - MOTHER RHONDA KAY HOEFLICH SATURDAY MAY 14, 2022 aprox. est 12:45pm NOON TO ALSO REPORT THE GIVEN CRIME AND TO ASK IF SHE WOULD CALL THE CLAYTON CO. JAIL'S RESOARCE CENTER DESK FOR RESCUE HELP.

19. (1) MPL. JR. (T)HEN CAME BACK TO MEDICAL KIOSK MACHINE AGAIN AND MADE A SECOND REQUEST AT FOR HELP WITH OFFICALS. STILL NO LOGICAL LEGAL LAW/MEDICAL RESPONSE. AT THIS EFFORT.

<u>U.S. DISTRICT COURT</u>

(8)

20. (A) FEW MINUTES PAST AND (I) THEN RETURNED BACK TO CALL MY MOTHER TO SEE IF SHE MADE CONTACT WITH ANYONE. SHE STATED "YES" AND TO A CAPTAIN (NAME NEVER HEARD OF) AND A LUIETENANT (sic) OF WHICH MY MOTHER REPORTS THE CRIME SITUATION AND THAT HER SON IS IN NEED OF MEDICAL LIFE ATTENTION. THIS PHONE CALL PRODUCE NO SIGN OF LIFE. IN ALL, I MADE A TOTAL OF 4 MEDICAL REQUESTS FOR MEDICAL/LAW LIFE RESCUE. AND ABOUT 5 PHONE CALLS WITH MOTHER.

21. THESE MEDICAL KIOSK REQUEST RESPONSE STATE FOR RECORD "YOU ARE SCHEDULED TO SEE MENTAL HEALTH. (STOP)

22. LOVELACE REMAINED UNSECURED FROM A COMITTED CRIME OF MULTIPLE RAPES, WITH A THROUGH AGGRAVATIVE BEATINGS SUSTAINED [IN] THAT SAME POD-UNIT TILL 8PM IN THE OPEN AREA ALL WITH NO LAW (OR) LIFE CRIME SERVICES TO RENDER THE SITUATION. IN BETWEEN THIS TIME, (A) CLEANING CREW CAME ALONG AND CLEANT OUT THE CELL/ROOM 14 AND LEFT ZOE IN ROOM

# U.S. DISTRICT COURT
## (9)

23. LOVELACE IS IN NOW IN IDENTITY THEFT, INCLUDEING SOME MILITARY RECORDS, HIS SOCIAL NUMBER FAMILY INFORMATION WITH JUDICAL BAG/EVIDENCE, OUT WITH CRIMINALS/CITIZENS etc.

24. FROM 8pm-9:30pm OF THE CHANGEING SHIFT SECUREING THE HOUSEING UNIT FLOOR AND IN ARE EXACT POD, THESE TWO OFFICERS DIDNOT HEED-UP ON THE REPORT OF ZOE, AND PLACE ME TO H-01/P-02/C-07 WITH A SPANISH GENTLEMAN INMATE AND DIDNOT SUPPLY PROPER LIFE AND LAW.

25. (I) MPL. JR. WAS COVERED all BACK SIDE OF PURPLE-BLACK INSIDE DEEP BRUISES, BOTH ARMS FULL OF SAME AS WELL AS FRONT OF CHEST. (I) MPL. JR. Had ON MY BODY OVER 7-9 FAT FAT PLACES OF DEEP PURPLE BLACK BRUISES AS (I) FEEL/BELIEVE I have A FRACTURED BROKE RIB [WITH] INTERNAL TISSUE DAMAGE IN THIS RIB AREA. (MEDICAL DENIES MEDICAL ETC.)

*NOTE* IF YOU WOULD HAD PLACE ME INTO A FREEZER VAULT, FOR ANY GREAT LINK OF TIME, (I) ~~me-ma-~~ WOULD OF DIED FROM INTERNAL MULTIPLE HUMAN INJURIES IN THIS FREEZER VAULT. YES!

# U.S. DISTRICT COURT
## (10)

26. AFTER SUNDAY 15 MAY, 2022 BREAKFAST, NOW IN H-01/P-02/C-007 WITH SPANISH MAN/INMATE, AT 10AM A SGT CAMBELL CAME TO COLLECT ME FOR A PHYSIC MENTAL HEALTH DISCUSION TALK. MEDICAL RESPONSE

27. IN THE MEDICAL REQUEST KIOSK, (I) WENT THROUGH WHAT (I) SEEN OF MY SELF TO THIS GIVEN DISCRIPTION OF MANY [WITH] ZOE AS THE MS. GOODALL CONGO NATIONAL GEOGRAPHIC ELDER LADY WHO WAS MACHETE MURDERED, (ONE EXAMPLE I SEEN OF MYSELF) AND TYPE THIS TWICE. A MS. GOODALL EFFECT. ON KIOSK.

28. THIS MENTAL HEALTH INTERVIEW WAS DISGUSTED TO THE GIVEN RAPE COMPLAINT, IN THAT HE KEPT SIDE-TRACKING OFF THE REPORT AND REPLACE TO A GENERAL QUESTION "RAPE INTERVIEW, ALSO (I) MPL JR. UNDRESS MY TOP-HALF AND SHOW HIM THE BRUIES EVERYWHERE, ONLY TO GET A NEGITIVE, ODDN THATS A UGLY Body RESPONSE REACTION. HE WAS MOORE MAD AND UPSET AT ME, THAN THE CRIME AND THAT OF ZOE. (STOP) A PERSON WENT THREW.

<u>U.S DISTRICT COURT</u>
(11)

29. Aprox. 1½ hr LATER FROM INTERVIEW, (A) SGT CAMBELL (IF IM NOT MISTAKEN, HAD BROUGHT ME UP TO THE INFIRMEY PHYSC OBSERVATION WARD ONLY FOR PHYSC OBSERVATION ([AND] WHAT LATER TURNS OUT TO BRING ZOE UP INTO "HOSPITAL" WARD ROOM 15-(ATER) AND I STAYED TO TUESDAY MAY 17, 2022 AFTERNOON. WHILE IN OBSERVATION ROOM - SUN, MON, TUE ½, (I) WENT THROUGH TWO DIFFERENT PEOPLE, SEPERATE MENTAL HEALTH INTERVIEW. NO SIGN OF LIFE. (STOP)

30. AT AFTERNOON TUESDAY MAY 17, 2022, (I) WAS REMOVED FROM MENTAL HEALTH OBSERVATION CELL IN THE INFIRMRY AND PLACE RIGHT BACK TO VERY EXACT RAPE CRIME SCENE POD, H-01/P-02/C-02 TO A SINGLE PERSON INMATE, NOW MAKEING THIS A TWO INMATE CELL. 3 INMATES OF WITNESS OF RAPE WITH MY JUDICAL INFORMATION CAME TO MAKE TALK RIGHT AWAY AT THIS CELL/ROOM 02 INMATE. IN 1 hr AS IN ROOM 02, THIS INMATE UPON BEATED THE SH@T OUT OF MY LEFT EYE AND REDED THE WHITE AND A BLACK EYE.

## U.S. DISTRICT COURT
### (12)

31. AT WENSDAY MAY 18, 2022 BREAKFAST TIME- The FEMALE OFFICER NOTICE DANGER AND PULLED ME OUT B/C OF BLACK EYE AND SHUTED DOOR, Then PLACE ME TO The MULTI PURPOSE ROOM-Room-. (I) Explained ZOE TO THIS FEEDING OFFICER AND She BROUGHT ME TO THE INFIRMRY TO BE EXAIMED OF. IT WAS HERE AND NOW THAT A STAFF OF NURSE'S GET A FIRST REAL LOOK OF THE DEVISTATION OF ZOE OF MY Body of COMPLETED BRUISED UP. IT WAS A EXAIM ROOM OF STAFF FOR Aprox. 15-20 MINUTES lookING AT ME WITH MY JUMPSUIT HALF DOWN SHOWING MY UPPER HALF. (~~smpls~~) ALL PAPER [DOC] WITH ONE FACIAL PICTURE. (STOP)

32. (I) WAS PLACE INTO HOSPTIAL WARD ROOM -#21 A DOUBLE DOOR ROOM W/ A SHOWER IN THE MIDDLE OF THE TWO DOORS [AS] ZOE IS NOW NOTICE TO BE IN ROOM STRAIGHT ACROSS Rm #15 AND ROOMMATED UP WITH (A) PIGMENT MIDDLE EAST CITIZEN, MORE A JEWISH PERSON CITIZEN. THE PERSON IS LIFELESS TO MOVE AS (I) NOTICE.

<u>U.S. DISTRICT COURT</u>
(13)

33. THIS ROOM OF MINE - #21 HAS NO DRINKING WATER, EXCEPT (I) HAD TO WASH OUT THE TOILET AT LEAST ACCEPTABLE DRINKING, AND IN THIS ROOM #21 WAS MY VERY FIRST USE OF URINEAL TO PEE. MY PEE IS A ROCK SOLID HARD DIRTY URINE THICK YELLOW, AND WAS FOR NEXT 2-3 PEE'S. SAME.

34. (I) MADE REPORT TO (A) MAIN-PHYSC DOCTOR, DR. KISSINGER AND HE MADE NO HEED, TO MY CRISIS SITUATION. HE MOVED ON WITH NO MEDICAL RESCUE.

35. ON WENSDAY MAY 25, 2022, (I) HAD A FAMILY VISIT WITH MONITER ON KIOSK MACHINE. (I) THEN PLACE A COMMASSIARY GENERAL ORDER - STATIONARY AND SOME SMALL GOODS WITH SEPERATE HOT-PLATE COOKIES.

36. (ON) THURSDAY MAY 26, 2022 FOR A MARCH 23rd, 2022 WENSDAY BEATHING CELLMATE, THAT PRODUCE A CRYNELD NOSE-CHEEK STRUCTURE DAMAGE, I AM FINALY GIVEN X-RAYS TO IT, (but) SEVERAL X-RAYS ON THE SAME NEGITIVE FILM AT DIFFERENT POISES. SAME NEGITIVE.

U.S. DISTRICT COURT
(14)

37. Aprox. 2 hrs LATER, A Lt. BROWN pulls me out of ROOM #21 BEFORE MEDICAL DISPOSITION Discharge FROM MEDICAL, AND PUTS A INMATE TO MR ROOM #21 AND BRINGS ME TO H-08/P-06/C-09 CURRENT LIVEING QUARTERS. THURSDAY MAY 26, 2022; DATE: Thurs July 07 22 DATE: THURSDAY - JULY 07, 2022 H-08/P-06/C-09.

38. MY RIB WITH ORGAN TISUE PAIN AND THAT CAUSES BREATHING PROBLEMS IN A GIVEN SECOND AT STRESS, (1) PLACE A SICK CALL SLIP TO SAID HERE #38. AND GAVE A BIG DESCRIPTION of Where & How (ZOE) AND THIS RESPONSE WAS SAID - PLACE INTO (SECURITY ADMIN) OF ZOE. THIS IS WENSDAY JUNE 29, 2022 AND (A) SGT: J. ROBINSON OF CLAYTON CO. OF INTERNAL AFFAIRS TO INVESTAGATE AND MAKE A PHONE DEVICE RECORDING - 45 MIN aprox. AND BRIEF BC/ INTERVIEW WAS HAULTED PREMATURE - Short of Full DETAIL. RESERVE THE RIGHT FOR Further complete-up IN DETAIL. ALL BEASTYACITY RESTRAINT POSTIONING WITH BEATING FOR 2) hrs. (est)

## U.S. DISTRICT COURT
(15)

39. RIGHT BEHIND INTERNAL AFFAIRS INTERVIEW SAME DAY, (A) NURSE CAME TO ME AND HARASSED UP MY RIB COMPLAINT AS ARGUEING AT ME. Look to CALL AT ME, PREJUDICE OF TRUTH All Together, a FACIAL Look - "You CLEAR" (NOT) AND (I) STATED I NEED TO KNOW A STD REPORT ON ZOE, AND TO ALSO STD TEST ME. SHE STATED - Your Scheduled. FOR DOCTOR

40. NOW, ALSO IN THE ACTUAL INTERNAL AFFAIRS INTERVIEW, (I) ASK THE QUESTION TO SGT. J. ROBINSON CAN I AND Should I SPEAK WITH D.O.C! RESPONSE - NO, ITS NOT NESSASARY (sic). FIRST TIME I ASK THIS QUESTION. THE SECOND TIME I ASK THIS SAME QUESTION IS SUNDAY July 03rd, 2022 IN A KIOSK "REQUEST" TO SGT. J. ROBINSON. RESPONE: COMANDING OFFICER AND IN Knowledge. (STOP) Still D.O.C DOESNT KNOW
←————— MPL —————→
Southern Center Human Rights DOES & Two Lawfirms. JUNE 22, 2022

41. Doctor of "CorrectHealth" CARE (who comes in more times DRUNK Than he can count) AFTER NURSE, EXAIMES ME with TETHASCOPE ON THURS JUNE 30, 2022

## U.S. DISTRICT COURT
## (16)

41. (CONTINUE) AND STATES: WE HAVE X-RAYS AND FOR STD check. This is NOW THURS July 07, 2022 AND NO LIFE FOR MEDICAL YET. ALMOST TWO MONTHS AFTER ZOE. MY RIB WITH TISSUE IN AREA, BOTH INJURED. AND IN PAIN WHEN STRESS EASILY. (SCI)

42. THIS ENDS PART I: INTRODUCTION OF MULTIPLE VICTIM OF COMITTED RAPE (-B-J-) WITH AGRAVATIVE ASSAULT BEATING(S) MULTIPLE FOR 22 hrs IN ROUTE TO A POSSIBLE MURDER. FRIDAY MAY 13, to SATURDAY MAY 14, 2022 IN H-01/P-02/C-14 ZOE. SCP. ORIENTATION QUARTERS

43. TUESDAY MAY 10, 2022 ME IN C-06 UNDERNEATH C-14 IS A MURDER SCENE. (A) INMATE MURDERS HIS ROOMMATE THE VERY EXACT ROOM ABOVE US (C-06) IN ROOM C-14. COMES EMPTY AND I GET MOVED TO IT WENSDAY MAY 11, 2022 BC/ ME AND MY C-06 ROOMMATE GET INTO ARGUMENT. THEN FRIDAY ZOE, SAME WEEK. (1) MOVE UP TO A MURDER ROOM, AND TWO DAYS LATER I AM 22 hr ZOE RAPE, BEATED AND ME POSSIBLE MURDERED

# PART II: FACTS AND LAW
## (17)

1. IN FACTS AND LAW, DEFENDANTS VICTOR HILL [1] GOVERMENT Body JAIL OFFICERS [2] "CORRECTHEALTH" CARE MEDICAL SERVICES [3] DID, WHILE ACTING UNDER FEDERAL/STATE COLOR OF LAW, DENIED LIFE TO PLAINTIFF GUARANTEE OF UNIVERSAL HUMAN DIGNITY LIFE, LAW, RIGHTS PRIVELEDGES AS A OFFICAL CAPACITY OF A GOVERMENT CIVIC DUTY EMPLOYEE TO MAKE PROSECUTION CRIME ARREST chnages TO ZOE, TO SECURE LOVELACE TO SAFETY AND PRESENT IMMEDITAE RAPE KIT TESTING AND CRISIS STABELZATION WITH A COMPLETE MEDICAL EXAM ON THE FACTS MERIT OF INJURY LOVELACE DID SUSTAIN. DEFENDANTS DID INGROSSLY FAIL THE GIVEN REAL EXAMPLE OF CRIME, AND DENIED, NOT DEPRIVED, but DENIED MEDICAL ATTENTION FROM 22hrs OF BEATING(s) OF MULTIPLE TIMES. AND; LEFT LOVELACE AND FORGOT HIM, AND COULD HAD DIED IN CRIME SCENE Pod LEFT There AND HAD NO HUMAN CARE (or) REGAURDS TO EVEN HIS VITUAL SIGNS AND HEALTH. NONE! ZERO. THE ONLY SIGN OF LIFE, INTERNAL AFFAIRS (THANK-FULL To be Alive) SGT: J.ROBINSON. WENS JUNE 29, 2022.

AMEN.

U.S. DISTRICT COURT
(19)

2. DEFENDANTS CAUSED A CATASTROPHY OF PERSONAL INJURY, MORE - TO NOT HOSPITALIZEING ME FOR A MEDIC AND PHYSICAL EXAM, REPORT WITH SICKBAY INFIRMEY TIME WITH A PROPER DISPOSITION RELEASE OF MEDICAL SOUND AND HEALTH. (I) MPL JR AM STILL WALKING AROUND MEDICALY AND PHYSICALY UNSECURED AND HEALTH IS IN IMMINENT DANGER AND I AM IN BODILY HARM. (THE RIB WITH INTERNAL TISSUE - AREA) -SAME- MY MOUTH HAS SOAR AREAS AND (BREATHING PAUSED AT TIMES DUE TO RIB/TISSUE AREA HARDING PAIN.) STRESS, CAN'T HOLD UP

3. PERSONAL INJURY IS CLEARLY SEEN HERE IN THIS EXAMPLE. IT IS SELF-EXPLANITORY (SIC) THAT DEFENDANTS DID NOT REPRESENT COLOR OF LAW AND MY FEDERAL CONSTITUTION RIGHTS. I SEEK A 42 USC 1983 CIVIL RIGHTS PERSONAL INJURY CLAIM HOLDING DEFENDANTS RESPONSABLE NEGLECT AND DELIBERATE INDIFFERANCE TO PROTECT ME AND SECURE THE LAW FOR PEACE AND CLOSURE ENDS OF JUSTICE. AND MEDICAL ATTENTION.

4. END PART II. FACTS AND LAW. -DURING ADMISSION OF CRIME.-

# PART III: "RELIEF"

(19)

(+) RELIEF: FOR THE DEFENDANTS DENIAL OF DELIBERATE INDIFFERANCE, UNKNOWN WHY TO ME, OF WHICH HAS CAUSED A GRAVEN PERSONAL INJURY BY DENIAL OF LIFE, PROCEUTION JUDICAL AND DENIAL OF MEDICAL ATTENTION OF LIFE HEALTH (1) MICHAEL P. LOVELACE VICTIM OF CRIME AND A DOUBLE VICTIM THEN BY DEFENDANT, (1) M.P.L JR. REQUEST A LIFE LONG DAILY DEPOSIT OF $1,000.00 INKRAMENTS FOR SAVEINGS ACCOUNT FROM THEDE INSURANCE. AND IF MY INTERNAL ORGAN DAMAGE CAUSE ME TO LOOSE MY LIFE EARLY DUE TO ZOE, (1) REQUEST $75,000 TO A ONE GIVEN LOVED ONE. (STOP) SECOND PART TO RELIEF: A JUDICAL ARREST FREEDOM TO A NGRI AT A FAYITVILLE RIVERWOOD PHYSC DEPARTMENT UNDER MY V.A.- VETERAN AFFAIRS HEALTH INSURANCE COVERAGE FOR TWO YEARS (2) APROX NGRI DURATION, AND PAY FOR THE NGRI TIME ITSELF. ANY WHERE IN THE 42 USC 1983 CIVIL RIGHTS CLAIM, (1) M.P.L JR. STAND TO BE CORRECTED ON DATES, TIME. IF NEED° MATERIAL IS CORRECT STATEMENT OF LAW FOR FEDERAL JURISDICTION OF 42 USC 1983. SO HELP ME GOD. AMEN.

U.S. DISTRICT COURT

(20)

Signed This Day 07th OF July, IN THE YEAR 2022,
AMEN.

RESPECTFULLY Signed
/S/ MICHAEL P. LOVELACE, ESQ.,
Michael P. Lovelace JR.,
LE No. # 0310250
CLAYTON Co. JAIL
9157 TARA BLVD.,
JONESBORO, GEORGIA 30236
H-08/P-06/C-09