LMM RDC 550 42:1983pr

1:22-CV-2828

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE **N/A**  
MAG. JUDGE **N/A**  
DATE FILED **07/18/22**

DIVISION **Atlanta**  
IFP **No**     FEE ____  
PREVIOUS CASES **No**

NAME **Michael P. Lovelace**     ID # **0510250**  
PRO SE **yes**     ATTORNEY ____  
PLACE OF INCARCERATION **Clayton County Jail**  
CITY **Jonesboro**     STATE **GA**     COUNTY **Clayton**

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. ____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ | OTHER: ____ |

____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

____ STAFF LAW CLERK:  
____ Pauper's affidavit insufficient or no affidavit  
____ Complaint or petition not signed or is incomplete  
____ No copies  
____ Other: ____